UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEREMIAH BOURGEOIS,

    Plaintiff,

  v.

HON. PAULA CASEY,

    Defendant.

Case No. C06-5592FDB

ORDER TO SHOW CAUSE

This matter was recently reassigned to the undersigned judge after its initial assignment to the Magistrate Judge. The Magistrate Judge issued a show cause order requiring the plaintiff to show cause why this action should not be dismissed prior to service for failure to state a claim, as Plaintiff has sued a Thurston County Superior Court Judge seeking declaratory and injunctive relief. Judges are absolutely immune from damages for judicial acts taken within the jurisdiction of their courts. *Ashelman v. Pope*, 793 F.2d 1072, 1075 (9th Cir. 1986), and a United States District Court has no jurisdiction to issue a mandamus to compel action by a state official. *See* 28 U.S.C. § 1361, which gives this Court jurisdiction over mandamus actions only to compel officers of the United States to perform their duties.

ACCORDINGLY,

ORDER - 1

1   **IT IS ORDERED**: Plaintiff shall show cause on or before **February 2, 2007** why this action
2   should not be **DISMISSED PRIOR TO SERVICE FOR FAILURE TO STATE A CLAIM.**
3   The Clerk is directed to send a copy of this Order to Plaintiff and to note this matter for
4   **February 2, 2007**.
5   DATED this 22nd day of January, 2007.

```
                              FRANKLIN D. BURGESS
                              UNITED STATES DISTRICT JUDGE
```

26  ORDER - 2