UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEREMIAH BOURGEOIS,<br><br>    Plaintiff,<br><br>    v.<br><br>HON. PAULA CASEY,<br><br>    Defendant. | Case No. C06-5592FDB<br><br>ORDER OF DISMISSAL |

    Plaintiff was ordered to show cause by February 2, 2007 why this cause of action should not be dismissed for failure to state a claim, and he has failed to respond to the order.

ACCORDINGLY, IT IS ORDERED: This cause of action is DISMISSED and all pending motions [Dkt. # 12 and 13] are STRICKEN as MOOT.

    DATED this 5th day of February, 2007.

                                        FRANKLIN D. BURGESS
                                        UNITED STATES DISTRICT JUDGE

ORDER - 1