UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEREMIAH BOURGEOIS,

    Plaintiff,

  v.

HON. PAULA CASEY,

    Defendant.

Case No. C06-5592FDB

ORDER DENYING PLAINTIFF'S MOTION FOR CLARIFICATION AND FOR RELIEF FROM JUDGMENT

    This Court's order to show cause was entered on January 23, 2007 with a response due February 2, 2007. Plaintiff having failed to respond, this cause of action was dismissed on February 6, 2007, and Judgment was entered on February 7, 2007. On February 14, 2007, Plaintiff filed a Motion for clarification, a motion for relief from Judgment and a Memorandum in Response to the order to show cause. The Court has considered these documents and has concluded that this Court has no jurisdiction to consider Plaintiffs claims against Thurston County Superior Court Judge Paula Casey for decisions made in Plaintiff's civil complaint pending before her. ACCORDINGLY,

    IT IS ORDERED:

    1.    Plaintiff's Motion for Clarification [Dkt. # 19] taken as a motion for reconsideration is DENIED;

    2.    Plaintiff'S Motion for Relief from Judgment [Dkt. # 20] is DENIED.

    DATED this 26th day of February, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1