UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEREMIAH BOURGEOIS,<br><br>            Plaintiff,<br><br>       v.<br><br>HON. PAULA CASEY,<br><br>            Defendant. | Case No. C06-5592FDB<br><br>ORDER DENYING<br>RECONSIDERATION |

This cause of action has been dismissed for lack of jurisdiction, and Plaintiff has filed an appeal. Plaintiff moves for reconsideration of this Court's Order Denying Motion for Clarification and for Relief from Judgment. NOW, THEREFORE,

IT IS ORDERED: Plaintiff's Motion for Reconsideration [Dkt. # 24] is DENIED.

DATED this 8th day of March, 2007.

/s/ Franklin D. Burgess

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1